# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL STARK,<br><br>            Plaintiff,<br><br>   vs.<br><br>CORNERSTONE LEGAL GROUP INC.,<br><br>            Defendant. | Case No.: 8:21−cv−01047−DOC−DFM<br><br>**ORDER RE MOTION FOR DEFAULT JUDGMENT AND ATTORNEYS' FEES AND COSTS [15]**<br><br>Date: Monday, September 20, 2021<br>Time: 8:30 a.m.<br>Dept.: Courtroom 9D<br>Judge: Hon. David O. Carter |

    Pending before the Court is Plaintiff MICHAEL STARK's ("Plaintiff") Motion for Default Judgment and Attorneys' Fees and Costs. Plaintiff previously submitted a request for entry of default against Defendant CORNERSTONE LEGAL GROUP INC. ("Defendant"), which was entered by the Clerk of this Court against Defendant on July 21, 2021. (Dkt. No. 12).

    On August 23 2021, Plaintiff filed a Motion for Default Judgment seeking $2,000.00 in statutory damages, actual damages of at least $5,000.00 to compensate

Plaintiff for emotional distress and mental anguish caused by Defendant, in addition to $8,190.00 in attorney's fees and $467.75 in costs incurred in pursuing Plaintiff's claims against Defendant for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692, et seq., and California's Rosenthal Fair Debt Collection Practices Act ("Rosenthal Act" or "RFDCPA"), California Civil Code §§ 1788, et seq.

Based on Plaintiff's Complaint, the declaration of Plaintiff's counsel and the memorandum of points and authorities submitted in support of the instant motion, the full $2,000.00 in statutory damages under the FDCPA and RFDCPA requested to be awarded to Plaintiff against Defendant is reasonable. In addition, the actual damages of $5,000.00 to compensate Plaintiff for emotional distress and mental anguish is reasonable given Defendant's egregious unlawful conduct described in Plaintiff's Complaint.

Plaintiff's counsel, Mona Amini, seeks an hourly rate of $450.00 and given the Plaintiff's counsel's training and experience, the Court concludes that the hourly rate charged is reasonable and consistent with the prevailing market rate in the area for lawyers of her skill level. Further, the 18.2 hours spent by Plaintiff's counsel prosecuting this matter is reasonable. Accordingly, the requested $8.190.00 in attorney's fees and $467.75 in costs incurred in litigating this action were also reasonably incurred in litigating this action to date.

Having considered Plaintiff's motion, the papers and declarations submitted therewith, as well as the operative complaint and the record in this action, and good cause appearing therefor, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Default Judgment is GRANTED and Plaintiff is awarded the following damages against Defendant CORNERSTONE LEGAL GROUP INC.

- Statutory damages in the sum of $2,000.00; and
- $___5,000__ to compensate Plaintiff for emotional distress and mental anguish caused by Defendant.

1 **IT IS FURTHER ORDERED** that Plaintiff's requested attorney's fees and costs are deemed reasonable and Plaintiff's counsel is awarded attorney's fees to be paid by Defendant in the amount of $8,190.00 and costs in the amount of $467.75, for a total award of attorney's fees and costs in the amount of $8,657.75.

**IT IS SO ORDERED.**

DATED: September 14, 2021

*David O. Carter*
HON. DAVID O. CARTER
U.S. DISTRICT COURT JUDGE